```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-485 |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER CONTINUING RESTITUTION |
| MICHAEL JEROME TUCKER, | ) | HEARING |
| Defendant. | ) | |

The parties request that the restitution hearing in this case be continued from December 8, 2011 to December 15, 2011 at 9:00 a.m. The parties anticipate that prior to the date of that hearing, they will submit a stipulation regarding the restitution owed in this case that will obviate the need for a full hearing.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: December 8, 2011        By:   /s/ Jared Dolan
                                    JARED C. DOLAN
                                    Assistant U.S. Attorney

1

DATE: December 8, 2011   /s/ Jared Dolan for
                         MATTHEW SCOBLE
                         Attorney for Defendant

**IT IS SO ORDERED.**

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE